1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | EDWARD SOTO ALVAREZ,                     ) Case No.: 1:20-cv-1390 JLT
                                          )
12 |                    Plaintiff,          ) ORDER DISCHARGING THE ORDER TO SHOW
                                          ) CAUSE DATED JULY 23, 2021
13 |         v.                            ) (Doc. 13)
                                          )
14 | COMMISSIONER OF SOCIAL SECURITY,       )
                                          )
15 |                    Defendant.          )
                                          )
16 | _____

17        Previously, the Court ordered the Commissioner to show cause why sanctions should not be

18  imposed for failure to comply with the Court's order to serve a response to Plaintiff's letter brief. (Doc.

19  13.)  On July 29, 2021, the Commissioner responded to the Court's order, and filed proof of service of

20  a responsive brief. (Doc. 14; Doc. 15.)  Accordingly, the Court **ORDERS**: the order to show cause

21  dated July 23, 2021 (Doc. 13) is **DISCHARGED**.

22

23  IT IS SO ORDERED.

24      Dated:   **July 29, 2021**                    _____ **/s/ Jennifer L. Thurston**
25                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

26
27
28

1