UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SOTO ALVAREZ, ) | Case No.: 1:20-cv-1390 JLT |
| Plaintiff, ) ) | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. ) ) | (Doc. 17) |
| COMMISSIONER OF SOCIAL SECURITY, ) ) | |
| Defendant. ) ) | |

On August 23, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to file an opening brief. (Doc. 17) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **September 27, 2021**.

IT IS SO ORDERED.

Dated: **August 24, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE