1  Melissa Newel (#148563)
   NEWEL LAW
2  2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com
   Attorney for Plaintiff
5  LEROY DILLARD

6
   PHILLIP A. TALBERT
7  United States Attorney
   PETE THOMPSON
8  Acting Regional Chief Counsel, Region IX
   CASPAR CHAN
9  Social Security Administration
   Assistant United States Attorney
10 160 Spear Street, Suite 800
   San Francisco, CA  94105
11 (510) 970-4810
12 caspar.chan@ssa.gov
   Attorneys for Defendant
13

14                  UNITED STATES DISTRICT COURT

15               EASTERN DISTRICT OF CALIFORNIA

16

17 EDWARD SOTO ALVAREZ,                    No.  1:20-CV-01390-**BAK (BAM)**

18                Plaintiff,

19       v.                                **AMENDED STIPULATION AND ORDER**
                                           **FOR AWARD AND PAYMENT OF**
20 KILOLO KIJAKAZI,                        **ATTORNEYS FEES PURSUANT TO THE**
   ACTING COMMISSIONER OF                  **EQUAL ACCESS TO JUSTICE ACT (28**
21 SOCIAL SECURITY,                        **U.S.C. §2412(d))**

22                Defendant.

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2    attorneys, subject to the approval of the Court, that Edward Soto Alvarez ("Plaintiff") be awarded

3    attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the

4    amount of seven thousand eighty-eight dollars and thirty-three cents ($7,088.33). This represents

5    compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this

6    civil action, in accordance with 28 U.S.C. §2412 (d).

7    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider

8    the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*

9    *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

10   attorney fees are subject to any offset allowed under the United States Department of the

11   Treasury's Offset Program. After the Order for EAJA fees is entered, the government will

12   determine whether they are subject to any offset.

13   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

14   that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

15   payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

16   "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments

17   made shall be delivered to Plaintiff's counsel.

18   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

19   attorney fees and does not constitute an admission of liability on the part of Defendant under

20   EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

21   and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

22   and expenses in connection with this action.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

2  Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

3

4                                                    Respectfully submitted,

   Dated: February 22, 2022                          NEWEL LAW

5

6                                          By:    *Melissa Newel*

7                                                 Melissa Newel
                                                  Attorney for Plaintiff
8                                                 EDWARD SOTO ALVAREZ

9

10  Dated: February 22, 2022                          PHILLIP A. TALBERT
                                                       United States Attorney
11                                                     PETE THOMPSON
                                                       Acting Regional Chief Counsel, Region IX
12                                                     Social Security Administration

13                                         By:    <u>Caspar Chan</u>*

14                                                CASPAR CHAN
                                                  (*Authorized by email dated 02/22/2022*)
15                                                Special Assistant U.S. Attorney
                                                  Attorneys for Defendant
16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"), 28 U.S.C. § 2412(d) filed on February 24, 2022 (Doc. No. 28.):

**IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND EIGHTY-EIGHT DOLLARS AND THIRTY-THREE CENTS ($7,088.33) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 1, 2022**            /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE